UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOHN MICHALCZYK and<br>MELISSA MICHALCZYK,<br><br>      Plaintiff,<br><br>v.<br><br>CAVALRY SPV I, LLC, and CAVALRY<br>PORTFOLIO SERVICES, LLC.<br><br>      Defendants. | Case No: 3-15-cv-729-DJH |

**JOINT NOTICE OF REMOVAL**

Defendants Cavalry SPV I, LLC ("SPV"), and Cavalry Portfolio Services, LLC ("CPS"), (collectively, "Defendants"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove the above-styled action, which is currently pending in the Jefferson County District Court, in the Commonwealth of Kentucky (Case No. 15-C-008383), and state as follows:

**BACKGROUND**

1. On August 18, 2015, Plaintiffs John and Melissa Michalczyk filed a Complaint alleging various violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*, against SPV and CPS. (A copy of Plaintiffs' Complaint is attached as Exhibit A.)

2. Specifically, Plaintiffs allege that CPS and SPV reported false information to consumer reporting agencies related to a credit card debt originated by HSBC Bank Nevada, N.A, in violation of the FDCPA. (Compl. ¶¶ 18-19, 23-24.)

3. CPS was served with a Summons ("CPS Summons") and copy of the Complaint on August 25, 2015. (A copy of the CPS Summons is attached as Exhibit B.)

4. The Summons and Complaint constitute "all process, pleadings and orders served upon" CPS in this action to date. *See* 28 U.S.C. § 1446(a).

5. SPV was served with a Summons ("SPV Summons") and copy of the Complaint on August 25, 2015. (A copy of the SPV Summons is attached as Exhibit C.)

6. The Summons and Complaint constitute "all process, pleadings and orders served upon" SPV in this action to date. *See* 28 U.S.C. § 1446(a).

7. This notice of removal is timely under 28 U.S.C. § 1446(b) because less than thirty days have passed since Defendants were served with Plaintiffs' Complaint.

## REMOVAL JURISDICTION

8. This action is one in which the Court has original jurisdiction under 28 U.S.C. §1331 as it involves a federal question. Specifically, Plaintiffs' claims for relief allege violations of the FDCPA, 15 U.S.C. § 1692 *et seq.*

9. Accordingly, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to § 1331, and removal is appropriate pursuant to 28 U.S.C. §§ 1441, 1446.

## PROCEDURAL REQUIREMENTS

10. Removal to this Court is proper because the United States District Court for the Western District of Kentucky embraces the Jefferson County District Court, Kentucky, where the state court action was filed.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants are promptly providing written notice of this removal to counsel for Plaintiffs and will promptly file a copy of this Notice of Removal with the Clerk of the Jefferson County District Court, Kentucky.

WHEREFORE, Defendants respectfully request that the above-styled action be removed from the Jefferson County District Court, Kentucky, to this Court.

Respectfully submitted,

LLOYD & MCDANIEL PLC
W. Scott Stinnett

/s/ W. Scott Stinnett
11405 Park Road
P.O. Box 23200
Louisville, Kentucky  40223
(502) 585-1880
sstinnett@lloydmc.com
*Counsel for Cavalry Portfolio and Cavalry SPV*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2015, the foregoing document has been served by Electronic Filing, and/or U.S. First Class Mail to:

James H. Lawson
Lawson at Law, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY 40207
james@kyclc.com

/s/ W. Scott Stinnett
*Counsel for Cavalry Portfolio and Cavalry SPV*