# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JOHN MICHALCZYK and ) | |
| MELISSA MICHALCZYK ) | |
| ) | |
| Plaintiff ) | **ELECTRONICALLY FILED** |
| vs. ) | |
| ) | **Case No. 3:15-CV-729-DJH** |
| CAVALRY SPV I, LLC and ) | |
| CAVALRY PORTFOLIO SERVICES, LLC ) | |
| ) | |
| Defendants ) | |
| _____) | |

## NOTICE OF SETTLEMENT

Comes now the Defendants, Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC, by counsel, and tenders this Notice that the parties have settled this matter. The parties will tender an Agreed Order of Dismissal once the parties have finalized the settlement.

Respectfully Submitted,

Lloyd & McDaniel PLC
W. Scott Stinnett

/s/ W. Scott Stinnett_____
11405 Park Road
P.O. Box 23200
Louisville, Kentucky  40223
(502) 585-1880
sstinnett@lloydmc.com

*Counsel for Cavalry SPV I, LLC and*
*Cavalry Portfolio Services, LLC*

## CERTIFICATE OF SERVICE

  W. Scott Stinnett, certifies that on December 30, 2015, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all electronic filing participants.

                /s/ W. Scott Stinnett
                *Counsel for Cavalry SPV I, LLC*
                *Cavalry Portfolio Services, LLC*