UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN MICHALCZYK and MELISSA MICHALCZYK, Plaintiffs,

v.  Civil Action No. 3:15-cv-729-DJH-DW

CAVALRY SPV I, LLC and CAVALRY PORTFOLIO SERVICES, LLC, Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 16), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.

December 31, 2015

**David J. Hale, Judge**
**United States District Court**

1