# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| John and Melissa Michalczyk )<br>    *Plaintiffs* )<br>)<br>v. )<br>)<br>Cavalry SPV I, LLC *et al.* )<br>    *Defendants* )<br>) | Case No. 3:15-cv-00729-DJH |

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs John Michalczyk and Melissa Michalczyk and Defendants Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC hereby jointly request that this Court dismiss with prejudice Plaintiffs' claims against Defendants in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

Date: February 18, 2016

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*John and Melissa Michalczyk*

Date: February 18, 2016

/s/ Jason A. Julien (by permission)
**Jason A. Julien**
*Pilgrim Christakis LLP*
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel:   (312) 361-3457
Fax:   (312) 939-0983
jjulien@pilgrimchristakis.com
*Counsel for Defendants*
*Cavalry SPV I, LLC and*
*Cavalry Portfolio Services, LLC*