UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOHN MICHALCZYK and MELISSA MICHALCZYK,                                    Plaintiffs,

v.                                                     Civil Action No. 3:15-cv-729-DJH-DW

CAVALRY SPV I, LLC and CAVALRY PORTFOLIO SERVICES, LLC,                    Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties. (Docket No. 18)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

February 19, 2016

**David J. Hale, Judge**
**United States District Court**